DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHANGING LANE AUTO GROUP, LLC, LATOYA CAMPBELL** a/k/a
**LATOYA LADOUCEUR,** and **MARIO LADOUCEUR,**
Appellants,

v.

**JAMES FRANCIS** and **EDEN FRANCIS,**
Appellees.

No. 4D21-1085

[October 21, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 062019CA023058AXXXCE.

David A. Strauss of The Strauss Law Firm, P.A., Fort Lauderdale, for appellants.

William C. Robinson, Miami Gardens, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

*                *                *

***Not final until disposition of timely filed motion for rehearing.***